Case 1:22-mj-00218-ZMF

Case No.: 22-mj-218
Assign To: Magistrate Judge Faruqui, Zia M.
Date: 10/6/2022
Description: Complaint w/ Arrest Warrant

**STATEMENT OF FACTS**

On October 5, 2022, at approximately 1827 hours, wearing full Metropolitan Police Department ("MPD") uniform, utilizing a marked MPD scout car, and using the call sign CST6 your affiant was monitoring a social media platform known as Instagram. Your affiant was monitoring the account under the handle "activeballa" and viewing a livestream video. Your affiant knows this account to be owned, used, and controlled by TIYDRE EDWARDS. Your affiant knows EDWARDS to be a leader and the face of a crew known as the "1080 Clickas," who are routinely engaged in violent crime in the District of Columbia. Your Affiant has been monitoring EDWARDS' account for approximately two years due to EDWARDS' suspected involvement in criminal activity in the District of Columbia.

While viewing the livestream video, your affiant observed multiple individuals talking, dancing, rapping, and otherwise congregating in an area that was immediately known to law enforcement as the parking lot in-between the 4400 Falls Terrace SE and the 4800 Block of Alabama Ave SE, Washington, D.C. in the neighborhood commonly referred to as "Simple City." Law enforcement knows this to be a common hangout location for members of the "1080 Clickas" and a location where your affiant has personally recovered illegal firearms and narcotics in the past.

Your affiant observed EDWARDS, who was being shown in the video feed wearing a black face mask, black hoodie, and black jeans. During the live stream, EDWARDS pulled down his face mask, exposing his facial features at which time your affiant was able to positively identify EDWARDS. During the livestream video, your affiant observed EDWARDS, while rapping, tap his waistband area and pull up his hoodie exposing his waistline. When EDWARDS did this, your affiant observed a black in color magazine protruding from EDWARDS' waistband. Your affiant knows that EDWARDS is a convicted felon and cannot possess a firearm. Approximately when EDWARDS lifted his sweatshirt, he and another individual were rapping lyrics from EDWARDS' song, stating "everyone on my rip got switches." Based on my training and experience, your affiant knows that "switch" refers to a Glock converter switch, which converts a semi-automatic weapon into a fully automatic weapon.

With this knowledge, members of the MPD 6th District Crime Suppression Team ("CST") immediately left the 6th District main station and took the most direct route to the above location. Your affiant provided EDWARDS' name and description to his fellow CST officers based off EDWARDS' Instagram live video. CST arrived at the above area at approximately 1843 hours and observed a large group of individuals in the rear of 4807 Alabama Avenue, SE. Officer Hargrove observed EDWARDS standing alone by a trash can and voiced his location. EDWARDS then walked away from the trash can and walked towards Officer Laielli and Officer French at which time officers stopped EDWARDS. Law enforcement walked to the trash can where EDWARDS was observed standing alone, located a black in color firearm in the trash can, and recovered the firearm. No one other than EDWARDS and MPD officers were near the location where the firearm was found.

The firearm recovered is as follows:

Glock 30

.45 caliber

SSN: XYS251

The above firearm was black in color with a black in color polymer frame.  It was modified with a switch attachment that turns the firearm into a fully automatic pistol. The firearm appeared to be fully functional, has a barrel length less than 12 inches, is designed to expel a projectile by means of explosion and is intended to be fire buy a single hand.  The firearm had a 13-round extended magazine loaded in the magazine well with (11) .45 caliber rounds of ammunition and (1) .45 caliber round of ammunition in the chamber.

Due to the fact that the extended magazine loaded into the above firearm is consistent with the extended magazine that your affiant observed in EDWARDS' Instagram live video protruding from EDWARDS' waistline and that EDWARDS was the only person in exact area where the firearm was located, EDWARDS was placed under arrest and transported to the 6th district.  No other firearms or magazines were recovered at the scene or on EDWARDS' person, and law enforcement did not observe any other individuals who appeared to have firearms in EDWARDS' Instagram live video.

Once at the 6th District Main station, EDWARDS was searched, and he was found to be in possession of Brass knuckles, a weapon that is prohibited by DC code, and 5 grams of THC wax (Hashish).

On the morning of October 6, 2022, law enforcement officers reviewed aerial CCTV footage from October 5, 2022, of the parking lot of 4807 Alabama Ave SE, around the time EDWARDS appeared to be streaming the Instagram live video.  In the CCTV footage, EDWARDS is visible standing with other individuals in the parking lot near a parked vehicle.  As MPD CST pulls into the parking lot, EDWARDS runs to the trash cans and appears to place an object in the second trash can from the left.  This is the same trash can where law enforcement recovered the Glock 30.

EDWARDS was previously convicted of robbery in the Circuit Court for Prince George's County Maryland, case number CT121300X, and in 2013, was sentenced to 10 years' confinement with 9 years suspended and 5 years of probation.   Therefore, EDWARDS would have been aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

There are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

Based on the foregoing, your affiant submits that there is probable cause to believe that EDWARDS violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted in a court of a crime punishable by imprisonment for a term exceeding one year to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

_____
Carter Moore, MPD Officer
Metropolitan Police Department

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 6th day of October 2022.*

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE